UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

MARLOWE PARKER, JR.            CIVIL ACTION

versus                           NO. 14-844

JAMES LEBLANC              SECTION: "N" (3)

## ORDER

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its own opinion. Accordingly,

**IT IS ORDERED** that the petition for federal habeas corpus relief filed by **Marlowe Parker, Jr.**, is DISMISSED WITH PREJUDICE.

New Orleans, Louisiana, this 11th day of March, 2016.

UNITED STATES DISTRICT JUDGE